UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL SWAIN, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-00725 |
| MPW INDUSTRIAL WATER SERVICES, INC. | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the Parties' Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice. After considering same, the Parties' request for leave to file their Confidential Settlement Agreement under seal is **GRANTED**; the settlements are hereby **APPROVED**; all claims in this action are **DISMISSED WITH PREJUDICE**. Except as otherwise provided in the Settlement Agreement, each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on this the 28 day of June, 2018.

GRAY H. MILLER
UNITED STATES DISTRICT JUDGE